FILED '09 DEC 02 15:38 USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

THADDEUS A. STACY,           )
                             )
          Plaintiff,         )
                             )  Civil No. 09-782-TC
     v.                      )
                             )  ORDER
ANDY MCCOOL, et al.,         )
                             )
          Defendants.        )
_____)

Magistrate Judge Thomas M. Coffin filed his Findings and Recommendation on November 17, 2009. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1982). See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

1    - ORDER

Accordingly, I ADOPT Judge Coffin's Findings and Recommendation. Plaintiff's application to proceed in forma pauperis (#1) is denied. This action is dismissed for failure to prosecute and for failure to comply with an order of the court. Plaintiff's motion for appointment of counsel (#3) is denied as moot.

DATED this 2nd day of December, 2009.

*Michael P. Hogan*
United States District Judge

2     - ORDER